UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMMIE BODNER, f/k/a
TAMMIE KATZ,

       Plaintiff,

                                                             Case No. 14-cv-13221
                                                             Honorable Gershwin A. Drain
v.

WELLS FARGO BANK, N.A.,

       Defendant.
_____/

## **JUDGMENT**

      The above entitled matter having come before the Court, and in accordance with the Order entered on this date.

      IT IS ORDERD AND ADJUDGED that judgment is hereby entered in favor of the Defendant and against Tammie Bodner.

      Dated at Detroit, Michigan, this 12th, day of November, 2014.

                                                                             DAVID J. WEAVER
                                                                             CLERK OF THE COURT

                                                                             BY T. BANKSTON
                                                                              DEPUTY CLERK